☑ MOTION HEARING
☐ PRETRIAL CONFERENCE
☐ OTHER

Case No **1:25-cv-14** **Polyloom Corporation** v. **Grassroots Environmental Education, Inc. et al**

PRESENT: Honorable **Travis R. McDonough** ☑ U.S. District Judge OR ☐ U.S. Magistrate Judge

**Ashley Johnson**
Attorney(s) for Plaintiff(s)

Attorney(s) for Plaintiff(s)

**Andrew Campanelli**
Attorney(s) for Defendant(s)

Attorney(s) for Defendant(s)

**Courtney Camp**
Courtroom Deputy

**Elizabeth Coffey**
Court Reporter

PROCEEDINGS:
Hearing held re: [29] Motion to Dismiss. Order will enter.

TESTIMONY BY: See Exhibit and Witness List.

TRIAL SET: _____

Time: 1:00 to 2:10
2:18 to 3:37
_____ to _____
_____ to _____

Date: 7/14/2025

REV 7/14