# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT CHATTANOOGA

| | |
|---|---|
| POLYLOOM CORPORATION ) <br> OF AMERICA d/b/a TENCATE GRASS ) <br> NORTH AMERICA, ) <br>   ) <br> *Plaintiff*, ) <br>   ) <br> v. ) <br>   ) <br> GRASSROOTS ENVIRONMENTAL ) <br> EDUCATION, INC., ) <br>   ) <br> *Defendant*. ) | Case No. 1:25-cv-14 <br><br> Judge Travis R. McDonough <br><br> Magistrate Judge Michael J. Dumitru |

## JUDGMENT ORDER

For the reasons set forth in the memorandum opinion filed herewith, the Clerk is **DIRECTED** to transfer this action to the United States District Court for the Eastern District of New York and to close this Court's file.

**SO ORDERED.**

                                               **/s/** *Travis R. McDonough*
                                               **TRAVIS R. MCDONOUGH**
                                               **UNITED STATES DISTRICT JUDGE**

ENTERED AS A JUDGMENT
   s/ LeAnna R. Wilson
   CLERK OF COURT